169 A.3d 975

ALLSTARS AUTO GROUP, INC., APPELLANT, v. NEW JERSEY MOTOR VEHICLE COMMISSION, RESPONDENT-PETITIONER. AND OTHER RELATED CASES. (AMIRI MBUBU AUTO SALES, LLC—PETITIONER)

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2114–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.